|   |   |
|---|---|
| 1 | NANCY L. ABELL (SB# 88785) |
| 2 | LISA G. LAWSON (SB# 169503)<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 3 | 515 South Flower Street<br>Twenty-Fifth Floor |
| 4 | Los Angeles, CA 90071-2228<br>Telephone: (213) 683-6000<br>Facsimile: (213) 627-0705 |
| 5 | |
| 6 | Attorneys for Defendant<br>ORACLE CORPORATION |
| 7 | |
| 8 | CHRISTINA DJERNAES (SB# 177522) |
| 9 | LAW OFFICES OF CHRISTINA DJERNAES<br>1215 De La Vina Street, Ste. K |
| 10 | Santa Barbara, CA 93101<br>Telephone: (805) 685-8189 |
| 11 | Attorneys for Plaintiffs |
| 12 | MADHAV KAKANI, GENNADY BRIN<br>and RANJIV JAIN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHAV KAKANI, GENNADY BRIN and RANJIV JAIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE CORPORATION,<br><br>Defendant. | CASE NO. C 06 6493 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT AN EXTENSION TO JANUARY 19, 2007 TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: October 17, 2006 |

WHEREAS, the Complaint in this case was filed on October 17, 2006, but was not served until November 16, 2006; and

---

CASE NO. C 06 6493 WHA
LEGAL_US_W # 55230588.2

STIPULATION AND [PROPOSED] ORDER GRANTING
DEFENDANT AN EXTENSION TO JANUARY 19, 2007 TO
RESPOND TO COMPLAINT

1  WHEREAS, this case is a purported nationwide class and collective action
2  that alleges seven separate claims for relief; and

5  WHEREAS, Defendant needs additional time to investigate the allegations
6  of the Complaint and the defenses in the Answer to competently respond to the 101
7  paragraphs of allegations regarding current and former employees around the country;

10  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED
11  among the parties, through their attorneys, that Defendant shall have an extension of time,
12  through and including January 19, 2007, within which to file a responsive pleading to the
13  Complaint.

15  Dated: December 4, 2006             /s/
16                                      Christina Djernaes
                                        Attorney for Plaintiffs

17
18  Dated: December 4, 2006             /s/
                                        Nancy L. Abell
19                                      Attorney for Defendant

20                      ORDER

22  PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

24  Date: December 5, 2006
                                        _____
25                                      Honorable William Alsup
                                        Judge, United States District Court

CASE NO. C 06 6493 WHA — -2- — STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT AN EXTENSION TO JANUARY 19, 2007 TO RESPOND TO COMPLAINT