**United States District Court**
For the Northern District of California

1
2
3
4
5

6            IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MADHAV KAKANI, GENNADY BRIN          No. C 06-06493 WHA
     and RANJIV JAIN, on behalf of themselves
11   and all others similarly situated,

12            Plaintiffs,                 **ORDER DENYING
                                          STIPULATION TO CONTINUE
13      v.                                CASE MANAGEMENT
                                          CONFERENCE**
14   ORACLE CORPORATION,

15            Defendant.

16   _____/

17      Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case

18   management conference.

19

20      **IT IS SO ORDERED.**

21

22   Dated:  January 10, 2007.

23                                  WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE
24
25
26
27
28