SCHNEIDER & WALLACE
Todd M. Schneider (SBN 158253)
W.H. "Hank" Willson, IV (SBN 233321)
Rachel E. Brill (SBN 233294)
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

THE LAW OFFICE OF CHRISTINA DJERNAES
Christina Djernaes (SBN 177522)
1215 De La Vina Street, Suite K
Santa Barbara, CA 93101
Tel: (805) 685-8189
christina@djernaeslaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHAV KAKANI, GENNADY BRIN, and RANJIV JAIN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ORACLE CORPORATION, <br><br> Defendants. | Case No. C-06-06493 WHA <br><br> **STIPULATION AND ~~[proposed]~~ ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the

following stipulation pursuant to Civil L.R. 16-8 and ADR L.R 3-5:

SCHNEIDER
& WALLACE

**STIPULATION**

The parties hereby STIPULATE to participating in the following ADR process:

Private mediation (mediator to be selected and calendared by February 9, 2007, per the Court's January 11, 2007 Case Management Order).

Date: January 23, 2007

SCHNEIDER & WALLACE
LAW OFFICE OF CHRISTINA DJERNAES

Hank Willson
Attorneys for Plaintiffs

Date: January 23, 2007

PAUL, HASTINGS, JANOFSKY & WALKER LLP

Nancy L. Abell
Attorneys for Defendant

**ORDER**

Pursuant to the Stipulation of the parties, IT IS SO ORDERED.

Date: January 24, 2007

The Hon. William H. Alsup

IT IS SO ORDERED
Judge William Alsup

SCHNEIDER & WALLACE