SCHNEIDER & WALLACE
Todd M. Schneider (SBN 158253)
W.H. "Hank" Willson, IV (SBN 233321)
Rachel E. Brill (SBN 233294)
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

Attorneys for Plaintiffs and the putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHAV KAKANI, GENNADY BRIN, and RANJIV JAIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE CORPORATION,<br><br>Defendants. | Case No. C-06-06493 WHA<br><br>**STIPULATION AND [proposed] ORDER SETTING DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND TAKING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OFF CALENDAR IN LIGHT OF PRELIMINARY CLASS ACTION SETTLEMENT** |

STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND TAKING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OFF CALENDAR
*Kakani, et al. v. Oracle Corporation*, Case No. C 06-06493 WHA

SCHNEIDER & WALLACE

## STIPULATION

Whereas, Plaintiffs filed a Motion for Class Certification on May 3, 2007, and set it for hearing on June 7, 2007;

Whereas, Defendant's Opposition to Plaintiffs' Motion for Class Certification is due May 17, 2007;

Whereas, at the mediation on May 7, 2007 before respected and experienced mediator David Rotman, the parties reached, subject to the approval of this Court, a class action settlement of Plaintiffs' claims;

Whereas, the parties will file a Motion for Preliminary Approval of Settlement on or before May 25, 2007, which is before the current date for hearing Plaintiffs' Motion for Class Certification;

Whereas, the Motion for Class Certification will be unnecessary if the Court approves the Settlement reached by the parties;

Whereas, the parties wish to avoid the expense and inconvenience to witnesses that preparation of an Opposition would entail;

1
STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND TAKING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OFF CALENDAR
*Kakani, et al. v. Oracle Corporation*, Case No. C 06-06493 WHA

SCHNEIDER & WALLACE

IT IS THEREFORE STIPULATED:

The hearing on Plaintiffs' Motion for Class Certification set for June 7, 2007 will be taken off calendar. The deadline for Defendant's Opposition to Motion for Class Certification is vacated. Should the Court not grant the Motion for Preliminary Approval of Settlement, it will reset the briefing schedule for Defendant's Opposition to Class Certification and related pleadings.

Date: May 8, 2007                                    SCHNEIDER & WALLACE


  /s/ *Hank Willson*
Hank Willson
Attorneys for Plaintiffs

Date: May 8, 2007                                    PAUL, HASTINGS, JANOFSKY &
                                                                 WALKER LLP


  /s/ *Nancy Abell*
Nancy Abell
Attorneys for Defendant

---

2
STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND TAKING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OFF CALENDAR
*Kakani, et al. v. Oracle Corporation*, Case No. C 06-06493 WHA

**ORDER**

Pursuant to the Stipulation of the parties and for good cause shown:

1. The parties will file their Motion for Preliminary Approval of Settlement no later than May 25, 2007.

2. The June 7, 2007 hearing on Plaintiffs' Motion for Class Certification is taken off calendar.

3. The May 17, 2007 deadline for Defendant's Opposition to Motion for Class Certification is vacated.

4. Should the Court not grant the Motion for Preliminary Approval of Settlement, it will reset the briefing schedule for Defendant's Opposition to Class Certification and related pleadings.

IT IS SO ORDERED.

Date: __May 10, 2007_____       _____
                                  The Hon. William H. Alsup