SCHNEIDER & WALLACE
Todd M. Schneider (SBN 158253)
W.H. "Hank" Willson, IV (SBN 233321)
Rachel E. Brill (SBN 233294)
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

Attorneys for Plaintiffs and the Class

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Nancy Abell (SBN 88785)
James Zapp (SBN 94584)
Cynthia Emry (SBN 161763)
Elizabeth A. Brown (SBN 235429)
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705

Attorneys for Defendant Oracle Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHAV KAKANI, GENNADY BRIN, and RANJIV JAIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE CORPORATION,<br><br>Defendants. | Case No. C-06-06493 WHA<br><br>**STIPULATION AND [proposed] ORDER SETTING FILING AND HEARING DATES FOR JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

**SCHNEIDER & WALLACE**

STIPULATION AND [PROPOSED] ORDER SETTING FILING & HEARING DATES FOR MOTION FOR PRELIMINARY APPROVAL
*Kakani, et al. v. Oracle Corporation*, Case No. C 06-06493 WHA

## STIPULATION

Whereas, at the mediation on May 7, 2007 before respected and experienced mediator David Rotman, the parties reached, subject to the approval of this Court, a class action settlement of Plaintiffs' claims;

Whereas, the parties originally set May 25, 2007 as the date for their filing of the Joint Motion for Preliminary Approval of the Class Action Settlement;

Whereas, in light of the upcoming holiday weekend and the unavailability of some of the named Plaintiffs to sign the finalized Settlement Agreement, the settlement papers may not be finalized by May 25, 2007;

Whereas, the parties inadvertently neglected to request a hearing date for the Joint Motion for Preliminary Approval at the Case Management Conference on May 11, 2007; and

Whereas, the Joint Motion for Preliminary Approval is submitted by both parties and will not involve Opposition or Reply briefs;

IT IS THEREFORE STIPULATED:

The parties' Joint Motion for Preliminary Approval shall be filed no later than May 30, 2007. The hearing on the Joint Motion for Preliminary Approval will be held on June 21, 2007 at 8:00 am, or such other time as the Court chooses.

Date: May 23, 2007                              SCHNEIDER & WALLACE

                                                               /s/ *Hank Willson*
                                                               Hank Willson
                                                               Attorneys for Plaintiffs

Date: May 23, 2007                              PAUL, HASTINGS, JANOFSKY &
                                                                              WALKER LLP

                                                              /s/ *Nancy Abell*
                                                               Nancy Abell
                                                              Attorneys for Defendant

SCHNEIDER & WALLACE

STIPULATION AND [PROPOSED] ORDER SETTING FILING & HEARING DATES FOR MOTION FOR PRELIMINARY APPROVAL
*Kakani, et al. v. Oracle Corporation*, Case No. C 06-06493 WHA
1

**ORDER**

Pursuant to the Stipulation of the parties and for good cause shown:

1. The parties will file their Joint Motion for Preliminary Approval of Settlement no later than May 30, 2007.

2. The hearing on the parties' Joint Motion for Preliminary Approval of Settlement on June 21, 2007, at 8:00 am.

IT IS SO ORDERED.

Date: __May 24, 2007_____     _____
The Hon. William H. Alsup

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]*

---

STIPULATION AND [PROPOSED] ORDER SETTING FILING & HEARING DATES FOR MOTION FOR PRELIMINARY APPROVAL
*Kakani, et al. v. Oracle Corporation*, Case No. C 06-06493 WHA

2