IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHAV KAKANI, GENNADY BRIN and RANJIV JAIN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ORACLE CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 06-06493 WHA<br><br>**NOTICE OF QUESTIONS RE CLASS SETTLEMENT PROPOSAL** |

By **FRIDAY, JUNE 15, 2007, AT NOON**, please address the following:

• There is no settlement agreement of record and the Court has no way to review it.

• Has a class ever been certified?

• If not, what would justify letting these plaintiffs extinguish state law claims throughout the United States? In what states did plaintiffs work?

• What would counsel receive in attorney's fees and expenses from this proposed settlement?

• What would be the total amount paid to absent class members?

• What would be the average settlement check per claimant for absent class members?

• What would be the total amount paid to named plaintiffs individually? Will plaintiffs still recommend the settlement without their "incentive" payment?

- Under what circumstances will any of the settlement funds revert to Oracle?
- Have any depositions been taken? Has any formal discovery occurred?
- Why shouldn't attorney's fees be based on the claims actually made rather than the funds "made available?"
- What would be the total amount of the claims administrator's fees and expenses, including notice?
- How many "class members" are there (broken down by group)?

**IT IS SO ORDERED.**

Dated: June 11, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE