1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MADHAV KAKANI, GENNADY BRIN and
RANJIV JAIN, on behalf of themselves and all
others similarly situated,

        Plaintiffs,

  v.

ORACLE CORPORATION,

        Defendant.

_____/

No. C 06-06493 WHA

**NOTICE OF SUPPLEMENTAL
QUESTIONS RE CLASS
SETTLEMENT PROPOSAL**

By **FRIDAY, JUNE 15, 2007, AT NOON**, please address the following:

•     Please file under seal a signed copy of the plaintiffs' expert damages report.

•     With respect to each distinct subgroup of potential plaintiffs, state what the
maximum damages recovery would be. Also state the factors that would
influence the probability of success. Plaintiffs' counsel should state on both
sides what they believe the probability of success to be.

•     To what extent would class members claims be barred even for those who do not
file a claim?

**IT IS SO ORDERED.**

Dated: June 11, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California