IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHAV KAKANI, GENNADY BRIN and RANJIV JAIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION,<br><br>Defendant.<br>_____/ | No. C 06-06493 WHA<br><br>**FURTHER SUPPLEMENTAL QUESTIONS RE SETTLEMENT PROPOSAL** |

By **FRIDAY, JUNE 15, 2007, AT NOON**, please address the following further questions:

• How many absent class members still work for Oracle? Break down by proposed subclass.

• Are there any other claims or lawsuits elsewhere in the United States that would be affected by the proposal?

**IT IS SO ORDERED.**

Dated: June 12, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE