United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHAV KAKANI, GENNADY BRIN and RANJIV JAIN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ORACLE CORPORATION,<br><br>    Defendant.<br>_____ / | No. C 06-06493 WHA<br><br>**ORDER RESETTING HEARING ON MOTION FOR APPROVAL OF PROPOSED CLASS SETTLEMENT** |

The hearing on parties' motion for approval of the proposed class settlement scheduled for Thursday, June 21, 2007, at 8:00 a.m., is hereby **MOVED** to **TUESDAY, JUNE 20, 2007, AT 10:00 A.M.**

**IT IS SO ORDERED.**

Dated: June 12, 2007.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE