1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   MADHAV KAKANI, GENNADY BRIN and              No. C 06-06493 WHA
     RANJIV JAIN, on behalf of themselves and all
11   others similarly situated,

12              Plaintiffs,                         **ORDER RESETTING HEARING**
                                                   **ON MOTION FOR APPROVAL**
13        v.                                       **OF PROPOSED CLASS**
                                                   **SETTLEMENT**
14   ORACLE CORPORATION,

15              Defendant.

16   _____/

17        The hearing on parties' motion for approval of the proposed class settlement scheduled

18   for Thursday, June 21, 2007, at 8:00 a.m., is hereby **MOVED** to **TUESDAY, JUNE 19, 2007, AT**

19   **10:00 A.M.**

20

21        **IT IS SO ORDERED.**

22

23   Dated: June 12, 2007.                         _____
                                                   WILLIAM ALSUP
24                                                 UNITED STATES DISTRICT JUDGE

25

26

27

28

*United States District Court*
For the Northern District of California