IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHAV KAKANI, GENNADY BRIN and RANJIV JAIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION,<br><br>Defendant. / | No. C 06-06493 WHA<br><br>**NOTICE OF FURTHER SUPPLEMENTAL QUESTIONS RE PROPOSED CLASS SETTLEMENT** |

By **FRIDAY, JUNE 15, 2007, AT NOON**, please address the following further questions:

- How can counsel claim there even is an "agreement" when the two sides cannot agree on the scope of the release with respect to non-California states' wage and hour laws?

- Cite all reported decisions (pro and con) on the issue of whether a wage and hour case under § 17200 can be certified nationwide to release claims under the FLSA and other state wage and hour laws.

With respect to the motion to certify a class (filed before the "settlement" emerged), defendant is ordered to file its opposition by **MONDAY, JUNE 18, 2007 AT NOON**. The Court wishes to understand more fully its arguments as to why a class should not be certified before ruling on "preliminary approval."

Dated: June 13, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE