IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHAV KAKANI, GENNADY BRIN and RANJIV JAIN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ORACLE CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 06-06493 WHA<br><br>**NOTICE OF FURTHER SUPPLEMENTAL QUESTION RE CLASS SETTLEMENT PROPOSAL** |

By **FRIDAY, JUNE 15, 2007, AT NOON**, please address the following further question.

State the dollar amount that would be paid to each named plaintiff under the formula in the settlement agreement (separate and apart from any "incentive payment").

**IT IS SO ORDERED.**

Dated: June 13, 2007.

                                                    WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE