United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHAV KAKANI, GENNADY BRIN and RANJIV JAIN, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ORACLE CORPORATION,<br><br>　　　　Defendant.<br>──────────────────────────────── / | No. C 06-06493 WHA<br><br>**ORDER RE RESPONSES TO QUESTIONS RE PROPOSED CLASS SETTLEMENT** |

　　　In your responses due tomorrow, state clearly the extent to which, under the proposal, absent class members would release FLSA claims even if they fail to respond to the notice and fail to file a claim.

　　　**IT IS SO ORDERED.**

Dated: June 14, 2007.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE