IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHAV KAKANI, GENNADY BRIN and RANJIV JAIN, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ORACLE CORPORATION,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　　　／ | No. C 06-06493 WHA<br><br>**ORDER RE FILING OF DEFENDANT'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |

　　　Parties are notified that in response to the Court's request that defendant file its opposition to the motion for class certification, counsel stated that they could file a précis on Monday, June 18, 2007, to which the clerk of the court was instructed to reply that this would be satisfactory, so long as a full opposition was filed on Friday, June 22, 2007, in the event the motion for approval of the proposed settlement was denied.

　　**IT IS SO ORDERED.**

Dated: June 15, 2007.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE