SCHNEIDER & WALLACE
Todd M. Schneider (SBN 158253)
Joshua G. Konecky (SBN 182897)
W.H. "Hank" Willson, IV (SBN 233321)
Rachel E. Brill (SBN 233294)
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

Attorneys for Plaintiff and the putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHAV KAKANI, GENNADY BRIN, and RANJIV JAIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE CORPORATION,<br><br>Defendant. | Case No. C-06-06493 WHA<br><br>[proposed] **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF TODD SCHNEIDER IN SUPPORT OF RENEWED JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Date: July 5, 2007<br>Time: 3:00 pm<br>Judge: The Hon. William H. Alsup<br>Courtroom: 9 |

SCHNEIDER & WALLACE

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL
*Kakani, et al. v. Oracle Corporation*, Case No. C 06-06493 WHA

**ORDER**

Pursuant to Local Rule 79-5, the Court hereby GRANTS the filing under seal of the following document:

- Declaration of Todd Schneider in Support of Renewed Joint Motion for Preliminary Approval of Settlement

Pursuant to Local Rule 79-5(c), this document is marked with the words "DOCUMENT SUBMITTED UNDER SEAL."

IT IS SO ORDERED.

Date: _July 3, 2007_____                        _____

The Hon. William Alsup