1  TODD M. SCHNEIDER (SB# 158253)
   TSchneider@schneiderwallace.com
2  W.H. "HANK" WILLSON, IV (SB# 233321)
   WWillson@schneiderwallace.com
3  RACHEL E. BRILL (SB# 233294)
   RBrill@schneiderwallace.com
4  SCHNEIDER & WALLACE
   180 Montgomery Street, Suite 2000
5  San Francisco, California  94104
   Telephone:  (415) 421-7100
6  Facsimile:  (415) 421-7105
   TTY:  (415) 421-1665
7
   CHRISTINA DJERNAES (SB# 177522)
8  christina@djernaeslaw.com
   LAW OFFICES OF CHRISTINA DJERNAES
9  1215 De La Vina Street, Suite K
   Santa Barbara, CA  93101
10 Telephone:  (805) 685-8189

11
   Attorneys for Plaintiffs
12 MADHAV KAKANI, GENNADY BRIN,
   RANJIV JAIN AND THE PUTATIVE CLASS
13
   Attorneys for Defendant
14 ORACLE CORPORATION
   listed on page 2 of caption
15

16               UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18

19 MADHAV KAKANI, GENNADY          CASE NO. C-06-6493 WHA
   BRIN, and RANJIV JAIN, on behalf of
20 themselves and all others similarly      **<u>CLASS ACTION</u>**
   situated,
21
                Plaintiffs,               **STIPULATION AND [PROPOSED]**
22                                        **ORDER TO EXTEND DEADLINES FOR**
                                          **FILING OF SECOND AMENDED**
23      vs.                               **MOTION FOR PRELIMINARY**
                                          **APPROVAL OF CLASS ACTION**
24 ORACLE CORPORATION,                    **SETTLEMENT, SETTLEMENT**
                                          **AGREEMENT AND DEFENDANT'S**
25                Defendant.              **OPPOSITION TO CLASS**
                                          **CERTIFICATION**
26

27                                        The Hon. Judge William Alsup

28

Case No. C-06-6493 WHA    STIPULATION AND [PROPOSED] ORDER TO
                          EXTEND DEADLINES FOR FILING SETTLEMENT
                          AND OPPOSITION TO CLASS CERTIFICATION

1   NANCY L. ABELL (SB# 088785)
    nancyabell@paulhastings.com
2   CYNTHIA J. EMRY (SB# 161763)
    cynthiaemry@paulhastings.com
3   ELIZABETH A. BROWN (SB# 235429)
    elizabethbrown@paulhastings.com
4   Paul, Hastings, Janofsky & Walker LLP
    515 South Flower Street
5   Twenty-Fifth Floor
    Los Angeles, CA  90071-2228
6   Telephone:  (213) 683-6000
    Facsimile:  (213) 627-0705
7
    Attorneys for Defendant
8   ORACLE CORPORATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C-06-6493 WHA

1

## STIPULATION

2

3    WHEREAS, the parties appeared before the Court on July 5, 2007 in support of

4    their Joint Motion For Order Provisionally Certifying Settlement Class and Preliminarily

5    Approving Settlement and Proposed Notices To Class Members, the Court requested

6    additional changes in the parties' settlement terms and notice, and the Court indicated a

7    willingness to continue Defendant's July 12, 2007 deadline for filing its opposition to the

8    pending class certification motion until the Court rules on the proposed settlement and a

9    July 9, 2007 deadline for filing amended settlement documents;

10    WHEREAS, no opposition will be required should the Court grant approval of the

11    settlement;

12    WHEREAS, the parties apologize to the Court for the delay but intend to file

13    amended settlement documents with the Court no later than Monday, July 16, 2007,

14    incorporating all of the changes the Court indicated it would require;

15    NOW, THEREFORE, the parties stipulate that the parties may file their amended

16    settlement documents with the Court on or before July 16, 2007 and Defendant Oracle

17    Corporation's deadline for filing its opposition to class certification and related pleadings

18    will be continued from July 12, 2007, until a date to be set in the future by the Court,

19    which date shall be no earlier than six (6) business days after the Court issues a ruling, if

20    any, denying preliminary approval of the class action settlement.

21    Dated:    July 11, 2007              TODD M. SCHNEIDER
22                                         W.H. "HANK" WILLSON, IV
                                           RACHEL E. BRILL
23                                         SCHNEIDER & WALLACE

24
25                                         By: /s/ *Hank Willson*
                                                             Hank Willson
26                                         Attorneys for Plaintiffs
27                                         MADHAV KAKANI, GENNADY BRIN, RANJIV
                                           JAIN AND THE PUTATIVE CLASS
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:     July 11, 2007

Nancy L. Abell
Paul, Hastings, Janofsky & Walker LLP


By: /s/ *Nancy L. Abell*
           Nancy L. Abell
Attorneys for Defendant
ORACLE CORPORATION

# O R D E R

IT IS HEREBY ORDERED, that:

(1)     The parties may file their amended settlement documents with the Court on or before July 16, 2007, and

(2)     Defendant Oracle Corporation's deadline for filing its opposition to class certification and related pleadings will be continued from July 12, 2007, until a date to be set in the future by the Court, which date shall be no earlier than six (6) business days after the Court issues a ruling, if any, denying preliminary approval of the class action settlement.

DATED: __ July 12, 2007 _____

_____
United States District Judge

IT IS SO ORDERED
Judge William Alsup

LEGAL_US_W # 56610328.1

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR FILING SETTLEMENT AND OPPOSITION TO CLASS CERTIFICATION**