IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHAV KAKANI, GENNADY BRIN, and RANJIV JAIN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ORACLE CORPORATION,<br><br>    Defendant. | No. C 06-06493 WHA<br><br>**ORDER RE AMENDMENTS TO SETTLEMENT AND NOTICE** |

The Court has received parties' joint submission regarding changes required by the order granting preliminary approval of class settlement. Relying on parties' representation that named plaintiffs will receive none of the funds paid to the State of California Labor Workforce Development Agency, the Court **GRANTS** parties' request to omit reference to those payments from the class notice.

**IT IS SO ORDERED.**

Dated: August 16, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE