SCHNEIDER & WALLACE
Todd M. Schneider (SBN 158253)
Joshua Konecky (SBN 182897)
W.H. "Hank" Willson, IV (SBN 233321)
Rachel E. Brill (SBN 233294)
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

Attorneys for Plaintiff and the putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHAV KAKANI, GENNADY BRIN, and RANJIV JAIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE CORPORATION,<br><br>Defendant. | Case No. C-06-06493 WHA<br><br>[proposed] ORDER APPROVING REMINDER TO SETTLEMENT CLASS MEMBERS OF CLASS ACTION SETTLEMENT |

SCHNEIDER & WALLACE

[PROPOSED] ORDER APPROVING REMINDER TO SETTLEMENT CLASS MEMBERS OF CLASS ACTION SETTLEMENT
*Kakani, et al. v. Oracle Corporation*, Case No. C 06-06493 WHA

1   On October 4, 2007, Plaintiffs wrote to this Court, seeking approval of a reminder postcard to be mailed to Settlement Class Members who have not yet responded to the Class Notice regarding the class action Settlement Agreement.

Plaintiffs' counsel has informed Defendant's counsel of the reminder postcard, Defendant's counsel has reviewed it, and Defendant's counsel does not object to it.

The Court finds that the reminder postcard will help to increase Settlement Class Members' awareness of the settlement reached on their behalf. The Court has reviewed the reminder postcard and approves it as to form. The reminder postcard shall be sent to Settlement Class Members who have not yet responded to the Class Notice. The cost of mailing of the reminder postcard will be borne entirely by Plaintiffs' counsel.

IT IS SO ORDERED.

Dated:  October 9           , 2007          _____

The Hon. William H. Alsup

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*

[PROPOSED] ORDER APPROVING REMINDER TO SETTLEMENT CLASS MEMBERS OF CLASS ACTION SETTLEMENT
*Kakani, et al. v. Oracle Corporation*, Case No. C 06-06493 WHA

SCHNEIDER & WALLACE

1