IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MADHAV KAKANI, GENNADY BRIN and RANJIV JAIN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ORACLE CORPORATION,

Defendant.

No. C 06-06493 WHA

**ORDER RE SUBMISSION OF PROPOSED ORDER**

In light of plaintiffs' counsel letter indicating that it will not seek attorney's fees and costs in excess of the amount awarded, the order re attorney's fees on class action settlement dated December 21, 2007, stands. The parties should jointly submit a new proposed order finally approving the second amended settlement agreement, reflecting the award of attorney's fees and costs in the December 2007 order, by **JANUARY 9, 2008, AT NOON**.

**IT IS SO ORDERED.**

Dated: January 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE