UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHAV KAKANI, GENNADY BRIN, and RANJIV JAIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE CORPORATION,<br><br>Defendant. | CASE NO. C-06-6493 WHA<br><br>**CLASS ACTION**<br><br>~~[PROPOSED]~~ **ORDER GRANTING PARTIES' REQUEST TO EXTEND DATE FOR MAILING OF SETTLEMENT AWARDS TO ELIGIBLE CLASS MEMBERS**<br><br>COURTROOM:   9<br>The Hon. Judge William H. Alsup |

1  Pursuant to the Stipulation and Request filed March 20, 2008, and for good
2  cause shown, the Court hereby ORDERS that the deadline for the Claims Administrator to
3  mail settlement awards to Eligible Class Members is hereby extended until March 31,
4  2008.

6  IT IS SO ORDERED.

9  DATED: __March 24, 2008.__

    _____
    The Honorable William H. Alsup
    United States District Court Judge

*IT IS SO ORDERED*
*Judge William Alsup*

Case No. C-06-6493 WHA      -1-     [PROPOSED] ORDER GRANTING PARTIES' REQUEST TO EXTEND DATE FOR MAILING OF SETTLEMENT AWARDS