SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
Todd M. Schneider (SBN 158253)
W.H. "Hank" Willson, IV (SBN 233321)
Rachel E. Brill (SBN 233294)
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

LAW OFFICE OF CHRISTINA DJERNAES
Christina Djernaes (SBN177522)
1215 De La Vina Street, Suite K
Santa Barbara, CA  93101
Tel: (805) 685-8189

Attorneys for Plaintiff and the putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHAV KAKANI, GENNADY BRIN, and RANJIV JAIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE CORPORATION,<br><br>Defendant. | Case No. C-06-06493 WHA<br><br>[proposed] **ORDER REGARDING FINAL DISTRIBUTION OF SETTLEMENT FUNDS AND SECOND PAYMENT OF ATTORNEY FEE AWARD**<br><br>Courtroom: 9<br>Judge: The Honorable William H. Alsup |

[PROPOSED] ORDER REGARDING FINAL DISTRIBUTION OF SETTLEMENT FUNDS AND PAYMENT OF ATTORNEYS' FEES
*Kakani, et al. v. Oracle Corporation*, Case No. C 06-06493 WHA

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

# **ORDER**

In light of Plaintiffs' May 14, 2008 Letter to this Court, and given that all Settlement funds have been properly distributed, the Court makes the following ORDERS:

1. The Claims Administrator shall send a letter to all Eligible Class Members who have not yet cashed their Settlement Award checks, with the cost of the mailing of this reminder letter to be borne by Plaintiffs' counsel. The letter shall state the following:

> Pursuant to the Settlement Agreement in the *Kakani, et al. v. Oracle* case, in which you chose to make a claim for a Settlement Award, you were mailed as of March 24, 2008 a check for the amount of your Settlement Award. At the time of the mailing of this letter, you had not yet cashed this check. Please be advised that you have until September 20, 2008 in which to cash this check. **If you do not cash the check by September 20, 2008, your Settlement Award amount will revert back to Oracle and you will lose your settlement amount.**
>
> **If you have lost your check, please let us know immediately using the contact information on this letter, and we will issue you a new check.** If we issue you a new check, you will still have until September 20, 2008 in which to cash it.

2. Pursuant to the Court's Order of December 21, 2007, the second half of Plaintiffs' attorneys' fees shall be paid to Plaintiffs' counsel.

IT IS SO ORDERED.

Date: _May 20, 2008._



_____
The Hon. William H. Alsup

---

[PROPOSED] ORDER REGARDING FINAL DISTRIBUTION OF SETTLEMENT FUNDS AND PAYMENT OF ATTORNEYS' FEES
*Kakani, et al. v. Oracle Corporation*, Case No. C 06-06493 WHA

1