SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
Todd M. Schneider (SBN 158253)
W.H. "Hank" Willson, IV (SBN 233321)
Rachel E. Brill (SBN 233294)
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
TTY: (415) 421-1665

LAW OFFICE OF CHRISTINA DJERNAES
Christina Djernaes (SBN 177522)
1215 De La Vina Street, Suite K
Santa Barbara, CA  93101
Tel: (805) 685-8189

Attorneys for Plaintiffs and the putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHAV KAKANI, GENNADY BRIN, and RANJIV JAIN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>   vs.<br><br>ORACLE CORPORATION,<br><br>    Defendant. | Case No. C-06-06493 WHA<br><br>[proposed] **ORDER OF FINAL JUDGMENT AND DISMISSAL PURSUANT TO FRCP 41(a)(2)** |

---

[PROPOSED] ORDER OF FINAL JUDGMENT AND DISMISSAL
*Kakani, et al. v. Oracle Corporation*, Case No. C 06-06493 WHA

1  Pursuant to Plaintiffs' Request for Dismissal pursuant to Federal Rule of Civil Procedure
2  41(a)(2), and for good cause shown, the Court makes the following ORDER:
3  FINAL JUDGMENT is hereby entered and this case is hereby DISMISSED with prejudice.
4  IT IS SO ORDERED.

6  Date: __June 19, 2008.____          _____
7                                      The Honorable William H. Alsup